NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD PERRY, DOC# 050031,           )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No.  2D17-1218
                                     )
OFFICER LIND, SERGEANT FAY,          )
OFFICER ALBRITTON, OFFICER           )
MOSELEY, and LT. PRIETO,             )
                                     )
          Appellees.                 )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Hardee
County; Marcus J. Ezelle, Judge.

Donald Perry, *pro se.*

Pamela Jo Bondi, Attorney General,
Tallahassee, and Shelley Cridlin, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.